**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 10 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CHRISTINA-LEAS: FAMILY DUNN | 11-5164 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PHILLIPS & COHEN ASSOCIATES, LTD. | comp, order, notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Phillips & Cohen Associates registered agent, The Corporation Company
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
124 West Capitol Avenue, STE 1900, Little Rock, Arkansas 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

HONORABLE ERIN L. SETSER
John Paul Hammerschmidt Federal Building, Room 213
35 East Mountain
Fayetteville, Arkansas 72701

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

U.S. MARSHALS 2011 JUL 22 AM RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: HONORABLE ERIN L. SETSER | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (479) 251-1946 | DATE 7/20/11 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1-1 | District of Origin No. 10 | District to Serve No. 10 | Signature of Authorized USMS Deputy or Clerk *Whitney Cipp* | Date 7/22/2011 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 8/2/11     Time ___ ☐ am ☐ pm

Signature of U.S. Marshal or Deputy
*Mike Oglesby by Whitney Cipp*

| Service Fee $55.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $55.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:
Certified Mail 7008 0150 0001 5238 4954

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phillips & Cohen Associates
Registered Agent, The Corporation Company
124 West Capitol Ave., Ste. 1900
Little Rock, AR 72201

Re: 11-5164

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): TANIA WALTON
C. Date of Delivery: 8/2/11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0001 5238 4954

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540