

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Christina-leas: (family): dunn,<br><br>Plaintiff,<br><br>V.,<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>Defendant. | CASE NO. 5:11-cv-05164-JLH |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Christina-leas: (family): dunn, and Defendant Phillips & Cohen Associates, LTD. (collectively the "Parties"), have reached a settlement, each party to bear their own costs and fees. The Parties hereby respectfully request that this Court allow thirty (30) days within which to complete the settlement and to file a Stipulation of Dismissal in this matter. This court shall retain jurisdiction over this matter until fully resolved.

|  | Respectfully submitted, |
|---|---|
| *[signature]*<br>Christina Dunn, *Pro Se*<br>2355 Sequoyah Dr.<br>Rogers, AR 72758<br>(479) 871-9025 | /s/ Keith McPherson<br>Keith McPherson<br>Laser Law Firm, P.A.<br>101 South Spring Street, Suite 300<br>Little Rock, AR 72201-2488<br>(501) 376-2981<br>Fax: (501) 376-2417<br>keithmcpherson@laserlaw.com<br>Attorneys for Defendant<br>Phillips & Cohen Associates, LTD. |

## CERTIFICATE OF SERVICE

I certify that on this 31st day of August 2011, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff and co-defendant's counsel as described below. Parties may access this filing through the Court's system.

>christina-leas: (family) dunn
>2355 Sequoyah Dr.
>Rogers, AR 72758
>(479) 871-9025

>/s/ Keith McPherson
>Keith McPherson, Esq.
>Attorney for Defendant
>Phillips & Cohen Associates, LTD.